No. 551, Misc.   BROWN, AKA MORRIS *v.* UNITED STATES. C. A. 7th Cir.   Certiorari denied.   *John Powers Crowley* for petitioner.   *Solicitor General Griswold* for the United States.

No. 672, Misc.   STEPHENS *v.* VIRGINIA.   Sup. Ct. App. Va.   Certiorari denied.   *Henry W. McLaughlin III* for petitioner.   *J. Willard Greer* for respondent.

No. 726, Misc.   RAKSHYS *v.* PENNSYLVANIA.   Sup. Ct. Pa.   Certiorari denied.

No. 748, Misc.   CHROMIAK *v.* FIELD, MEN'S COLONY SUPERINTENDENT.   C. A. 9th Cir.   Certiorari denied.

No. 777, Misc.   BROADHEAD *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.   *Myron J. Hack* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Edward Fenig* for the United States.

No. 799, Misc.   WILLIAMS *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   *Leonard R. Mellon* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 804, Misc.   OBLATORE *v.* BRAUNER.   C. A. 8th Cir. Certiorari denied.   *Maximilian Bader* and *I. Walton Bader* for petitioner.

No. 840, Misc.   VIVERO ET AL. *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   *Albert J. Krieger* for petitioners.   *Solicitor General Griswold* for the United States.